No. 88–1424. STUART-JAMES CO., INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 88–1446. NEW YORK STATE OPHTHALMOLOGICAL SOCIETY ET AL. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 88–1469. AVALOS ET AL. v. THOMPSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1470. FRIGARD ET UX. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1500. LONE STAR STEEL CO. v. UFFELMAN. C. A. 5th Cir. Certiorari denied.

No. 88–1513. CHRISTOFFERSEN ET AL. v. COLLINS, MAJOR GENERAL, WASHINGTON STATE AIR NATIONAL GUARD, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1591. SANTA FE PACIFIC REALTY CORP. v. CITY OF BERKELEY. C. A. 9th Cir. Certiorari denied.

No. 88–1658. LOUISBURG GRAIN CO., INC., ET AL. v. CITY OF ARKANSAS CITY, KANSAS, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 88–1665. BREWSTER v. MARYLAND SECURITIES COMMISSIONER. Ct. Sp. App. Md. Certiorari denied.

No. 88–1674. HEALY v. NEW YORK LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 88–1702. LILVES v. STUART. Ct. App. Colo. Certiorari denied.

No. 88–1705. MONTROSE CHEMICAL CORPORATION OF CALIFORNIA v. PARR-RICHMOND TERMINAL CO. ET AL. C. A. 9th Cir. Certiorari denied.